1  Todd Blanche
   Deputy Attorney General of the United States
2  Alison L. Gregoire
   Criminal Chief, Eastern District of Washington
3  Laurel J. Holland
   Assistant United States Attorney
4  Post Office Box 21
   Richland, WA 99352
5  Eastern District of Washington
   Telephone: (509) 353-2767

6

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Dec 17, 2025
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 4:25-CR-6041-MKD |
|  | INDICTMENT |
| Plaintiff, |  |
| v. | Vios: 18 U.S.C. § 2252A(a)(2),(b)(1) Distribution of Child Pornography (Count 1) |
| LUCAS FAST BEACH, |  |
| Defendant. | 18 U.S.C. § 2252A(a)(2),(b)(1) Receipt of Child Pornography (Count 2) |
|  | 18 U.S.C. § 2252A(a)(5)(B), (b)(2) Possession of Child Pornography (Count 3) |
|  | 18 U.S.C. § 2253 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Between on or about July 20, 2025, and December 11, 2025, in the Eastern District of Washington, the Defendant, LUCAS FAST BEACH, having previously

INDICTMENT – 1

1  been convicted of Attempted Rape of a Child in the Second Degree, in violation of
2  WASH. REV. CODE §§ 9A.44.076 and 9A.28.020, in the Superior Court of
3  Washington State, in and for the County of Benton, Case No. 17-1-00794-7, which
4  was a prior conviction relating to aggravated sexual abuse, sexual abuse, or
5  abusive sexual contact involving a minor or ward, did knowingly distribute child
6  pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped
7  and transported in and affecting interstate and foreign commerce by any means,
8  including by computer, and that was transported via any means or facility of
9  interstate and foreign commerce, to wit: still images and video files depicting
10 minor and prepubescent children engaging in sexually explicit conduct, including,
11 but not limited to, actual and simulated intercourse and the lascivious exhibition of
12 the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

                                    COUNT 2

13
14       Between on or about July 20, 2025, and December 11, 2025, in the Eastern
15 District of Washington, the Defendant, LUCAS FAST BEACH, having previously
16 been convicted of Attempted Rape of a Child in the Second Degree, in violation of
17 WASH. REV. CODE §§ 9A.44.076 and 9A.28.020, in the Superior Court of
18 Washington State, in and for the County of Benton, Case No. 17-1-00794-7, which
19 was a prior conviction relating to aggravated sexual abuse, sexual abuse, or
20 abusive sexual contact involving a minor or ward, did knowingly receive child
21 pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped

INDICTMENT – 2

and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still images and video files depicting minor and prepubescent children engaging in sexually explicit conduct including actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

COUNT 3

Between on or about July 20, 2025, and December 11, 2025, in the Eastern District of Washington, the Defendant, LUCAS FAST BEACH, having previously been convicted of Attempted Rape of a Child in the Second Degree, in violation of WASH. REV. CODE §§ 9A.44.076 and 9A.28.020, in the Superior Court of Washington State, in and for the County of Benton, Case No. 17-1-00794-7, which was a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly possess material that contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; which had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed,

INDICTMENT – 3

shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2252A(a)(2), (b)(1) and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as set forth in this Indictment, the Defendant, LUCAS FAST BEACH, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or

INDICTMENT – 4

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 17 day of December, 2025.

A TRUE BILL

Todd Blanche
Deputy Attorney General

*[signature]*
Alison L. Gregoire
Criminal Chief

*[signature]*
Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 5